EDWARD J. MACLEOD, Respondent, *v.* JOHN MALONEY et al.,
Appellants.

(Submitted June 9, 1890; decided June 24, 1890.)

APPEAL from judgment of the General Term of the Supreme
Court in the fifth judicial department, entered upon an order
made on the first Tuesday in January, 1889, which affirmed a
judgment in favor of plaintiff entered upon a verdict, and
affirmed an order denying a motion for a new trial.

*E. M. Ashley* for appellants.

*John E.* and *Cuthbert W. Pound* for respondent.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.

JACOB GRAMM, Appellant, *v.* THE VILLAGE OF GREENBUSH,
Respondent.

(Argued June 9, 1890; decided June 24, 1890.)

APPEAL from order of the General Term of the Supreme
Court in the third judicial department, made December 8,
1888, which reversed a judgment in favor of plaintiff entered
upon a verdict, and reversed an order denying a motion for a
new trial and ordered a new trial.

*Amasa J. Parker* for appellant.

*James H. Ryan* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.